UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

INTERNAVES DE MEXICO s.a. de C.V.,

    Plaintiff,

vs.

ANDROMEDA STEAMSHIP CORPORATION, AMERICAN NAVIGATION, INC., PEGASUS LINES, LTD. S.A., PANAMA and JAMES KARATHANOS,

    Defendants.
_____/

## COMPLAINT

    The Plaintiff, Internaves de Mexico, s.a. de C.V., by and through undersigned counsel, brings suit against Andromeda Steamship Corporation, American Navigation, Inc. and Pegasus Lines, Ltd. S.A., Panama, and states as follows:

    1.    Internaves de Mexico s.a. de C.V. is incorporated under the laws of Mexico.

    2.    Defendant, Andromeda Steamship Corporation is a corporation organized under the laws of a state or country other than Florida and is conducting business in the Southern District of Florida.

    3.    American Navigation, Inc. is a Florida corporation and conducting business in the Southern District of Florida.

    4.    Pegasus Lines, Ltd. S.A., Panama, is an entity believed to be organized under the laws of Panama and is conducting business in the Southern District of Florida.

CASE NO.:
PAGE 2

5. James Karathanos is a citizen believed to be residing in the Southern District of Florida and conducting business in the Southern District of Florida and is the alter ego of Andromeda Steamship Corporation, American Navigation, Inc. and/or Pegasus Lines, Ltd.

6. On or about June 9, 2016, American Navigation, on behalf of Pegasus Lines, Ltd., entered into a Charter Party with Internaves for the carriage of an electrical transformer from Brazil to Mexico.

7. Pursuant to the terms of the Charter Party, Internaves de Mexico wire transferred $112,500 to American Navigation, Inc.

8. At the time of the wire transfer, American Navigation was using JP Morgan Chase Bank, N.A., located within the Southern District of Florida.

## COUNT I

## BREACH OF CHARTER PARTY AGAINST ANDROMEDA STEAMSHIP

9. Andromeda Steamship Corp. breached the Charter Party entered into with Internaves de Mexico as follows: Internaves de Mexico wire transferred $112,500 to American Navigation, Inc. pursuant to the terms of the Charter Party, which called for freight rate of a lump sum $225,000 payable 50% on signing the Charter Party and the balance upon commencement of loading in Brazil.

10. Pursuant to the terms of the Charter Party, Internaves de Mexico wire transferred $112,500 to American Navigation via JP Morgan Chase Bank, N.A.

11. Despite their receiving 50% of the freight rate pursuant to the terms of the Charter Party, Andromeda Steamship Corporation, failed to deliver a vessel to Brazil to load the electrical transformer.

12.     This failure to deliver a vessel to Brazil pursuant to the terms of the Charter Party was a breach of the Charter Party and entitles Internaves de Mexico the return of the $112,500 and other damages for the breach.

## COUNT II

## BREACH OF CHARTER PARTY AGAINST AMERICAN NAVIGATION, INC.

13.     American Navigation, Inc., breached the Charter Party entered into with Internaves de Mexico as follows:  Internaves de Mexico wire transferred $112,500 to American Navigation, Inc. pursuant to the terms of the Charter Party, which called for freight rate of a lump sum $225,000 payable 50% on signing the Charter Party and the balance upon commencement of loading in Brazil.

14.     Pursuant to the terms of the Charter Party, Internaves de Mexico wire transferred $112,500 to American Navigation via JP Morgan Chase Bank, N.A.

15.     Despite their receiving 50% of the freight rate pursuant to the terms of the Charter Party, American Navigation, Inc. failed to deliver a vessel to Brazil to load the electrical transformer.

16.     This failure to deliver a vessel to Brazil pursuant to the terms of the Charter Party was a breach of the Charter Party and entitles Internaves de Mexico the return of the $112,500 and other damages for the breach.

## COUNT III

## BREACH OF CHARTER PARTY AGAINST PEGASUS LINES, LTD.

17.     Pegasus Lines, Ltd., breached the Charter Party entered into with Internaves de Mexico as follows:  Internaves de Mexico wire transferred $112,500 to American Navigation, Inc. pursuant to the terms of the Charter Party which called for freight rate of a lump sum

$225,000 payable 50% on signing the Charter Party and the balance upon commencement of loading in Brazil.

18.  Pursuant to the terms of the Charter Party, Internaves de Mexico wire transferred $112,500 to American Navigation via JP Morgan Chase Bank, N.A.

19.  Despite receiving 50% of the freight rate pursuant to the terms of the Charter Party, Pegasus Lines, Ltd. failed to deliver a vessel to Brazil to load the electrical transformer.

20.  This failure to deliver a vessel to Brazil pursuant to the terms of the Charter Party was a breach of the Charter Party and entitles Internaves de Mexico the return of the $112,500 and other damages for the breach.

## COUNT IV

## BREACH OF CHARTER PARTY AGAINST JAMES KARANTHANOS

21.  James Karathanos breached the Charter Party entered into with Internaves de Mexico as follows:  Internaves de Mexico wire transferred $112,500 to American Navigation, Inc. pursuant to the terms of the Charter Party, which called for freight rate of a lump sum $225,000 payable 50% on signing the Charter Party and the balance upon commencement of loading in Brazil.

22.  Pursuant to the terms of the Charter Party, Internaves de Mexico wire transferred $112,500 to American Navigation via JP Morgan Chase Bank, N.A.

23.  Despite their receiving 50% of the freight rate pursuant to the terms of the Charter Party, James Karathanos failed to deliver a vessel to Brazil to load the electrical transformer.

24.  This failure to deliver a vessel to Brazil pursuant to the terms of the Charter Party was a breach of the Charter Party and entitles Internaves de Mexico the return of the $112,500 and other damages for the breach.

CASE NO.:
PAGE 5

## COUNT V

### CONVERSION AGAINST ANDROMEDA STEAMSHIP CORPORATION

25. Andromeda Steamship Corporation obtained possession of Internaves de Mexico's money in the amount of $112,500 and failed to perform under the terms of the Charter Party.

26. Despite this failure to perform under the Charter Party, Andromeda Steamship, failed to return the freight paid by Internaves de Mexico, thereby converting the property of Internaves de Mexico resulting in damages to Internaves de Mexico in the amount of $112,500.

## COUNT VI

### CONVERSION AGAINST AMERICAN NAVIGATION, INC.

27. American Navigation, Inc. obtained possession of Internaves de Mexico's money in the amount of $112,500 and failed to perform under the terms of the Charter Party.

28. Despite this failure to perform under the Charter Party, American Navigation, Inc., failed to return the freight paid by Internaves de Mexico, thereby converting the property of Internaves de Mexico resulting in damages to Internaves de Mexico in the amount of $112,500.

## COUNT VII

### CONVERSION AGAINST PEGASUS LINES, LTD.

29. Pegasus Lines, Ltd. obtained possession of Internaves de Mexico's money in the amount of $112,500 and failed to perform under the terms of the Charter Party.

30. Despite this failure to perform under the Charter Party, Pegasus Lines, Ltd. failed to return the freight paid by Internaves de Mexico, thereby converting the property of Internaves de Mexico resulting in damages to Internaves de Mexico in the amount of $112,500.

## COUNT VIII

## CONVERSION AGAINST JAMES KARANTHANOS

31. James Karanthanos obtained possession of Internaves de Mexico's money in the amount of $112,500 and failed to perform under the terms of the Charter Party.

32. Despite this failure to perform under the Charter Party, James Karanthanos failed to return the freight paid by Internaves de Mexico, thereby converting the property of Internaves de Mexico resulting in damages to Internaves de Mexico in the amount of $112,500.

## COUNT IX

## FRAUD AGAINST JAMES KARANTHANOS

33. James Karanthanos made false statements concerning the material fact that Pegasus Lines, Ltd. S.A., Panama had a vessel available to transport Internaves de Mexico's cargo from Brazil to Mexico.

34. James Karanthanos knew these representations were false at the time they were made.

35. James Karanthanos intended Internaves de Mexico to act on the false representations and, in fact, Internaves de Mexico did act and wire transferred $112,500 to American Navigation, Inc., resulting in injury to Internaves de Mexico in reliance on these misrepresentations. Despite a failure to perform, the money was never returned to Internaves de Mexico.

36. As a result of these fraudulent misrepresentations, Internaves de Mexico is entitled to recovery attorney's fees against James Karanthanos.

WHEREFORE, Internaves de Mexico respectfully requests the Court enter judgment against Andromeda Steamship Corporation, American Navigation, Inc., Pegasus Lines, Ltd.

S.A., Panama and James Karanthanos in the amount of $112,500 and further request judgment be entered against James Karanthanos, individually, for attorney's fees as a result of his fraudulent misrepresentations.

Dated: October 12, 2016

  /s/ Patrick E. Novak
**Patrick E. Novak**
Florida Bar No.: 838764
pnovak@admiral-law.com
**Ryan M. McCarthy**
Florida Bar No.: 105373
rmccarthy@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Plaintiff*

/1126197/25