UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81719-CIV-MIDDLEBROOKS

INTERNAVES DE MEXICO s.a. de C.V.,

    Plaintiff,

v.

ANDROMEDA STEAMSHIP CORPORATION, AMERICAN NAVIGATION, INC., PEGASUS LINES, LTD. S.A., PANAMA, and JAMES KARATHANOS,

    Defendants.
_____/

## ORDER COMPELLING ARBITRATION AND CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff Internaves de Mexico s.a. de C.V.'s Notice of Inability to Agree ("Notice"), filed on April 5, 2017. (DE 36). The Notice advises the Court that "the Parties are unable to agree on an arbitration forum." (*Id.*). Accordingly, and pursuant to the Court's Order on Defendants' Motion to Compel Arbitration (DE 35 at 10-11), it is hereby **ORDERED** as follows:

(1) The Parties are **COMPELLED** to submit their dispute to arbitration in Miami, Florida, using an arbitrator selected through the American Arbitration Association (AAA) and applying that organization's rules.

(2) The Court retains jurisdiction to enforce this Order.

(3) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 6th day of April, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record