UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-81719-DMM

INTERNAVES DE MAXICO S.A. DE C.V.,

    Plaintiff,

v.

ANDROMEDA STEAMSHIP
CORPORATION, AMERICAN
NAVIGATION, INC., PEGASUS LINES,
LETD. S.A., PANAMA, JAMES
KARATHANOS,

    Defendants.

_____/

## ORDER UPON REMAND

THIS CAUSE comes before the Court upon remand from the Eleventh Circuit. (DE 51). On March 28, 2017, this Court granted in part and denied in part Defendants' Motion to Compel Arbitration. (DE 35). This Court ordered the Parties to submit to arbitration, validating the arbitration clause in a contract between the Parties. (DE 35 at 7). But this Court also found that the contract was ambiguous as to where the arbitration should take place, and thus ordered the Parties to arbitrate in Miami, Florida. (DE 35 at 10).

Upon appeal, the Eleventh Circuit found that the arbitration clause was indeed discernable, and that it evidenced an agreement to arbitrate disputes in London. (DE 51 at 2–3). The Eleventh Circuit reversed this Court's decision and remanded with instructions to compel arbitration in London under English law. (DE 51 at 3). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Defendants' Motion to Compel Arbitration (DE 35) is **GRANTED**. The parties shall arbitrate the case in London, England, under English law.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this __7__ day of September, 2018.

                                                  DONALD M. MIDDLEBROOKS
                                                  UNITED STATES DISTRICT COURT JUDGE

cc:    All Counsel of Record